UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY MILLS,

                Plaintiff,

    v.

ARLENE BLUTH,

                Defendant.

Case No. 3:26-cv-00140-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 3)

Plaintiff Anthony Mills sues Defendant Arlene Bluth for "conspir[ing] with individuals in depriving due process rights," by "fail[ing] to dismiss 100269/2023, causing unreasonable cost to the parties." (ECF No. 1-1.) Also before the Court is Mr. Mills's application to proceed *in forma pauperis* ("IFP") (ECF No. 1.) On March 10, 2026, Magistrate Judge Baldwin issued a Report and Recommendation ("R&R") recommending granting Mr. Mills's application to proceed IFP and dismissing Mr. Mills's complaint without prejudice and with leave to amend. (ECF No. 3.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

I. **LEGAL STANDARD**

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Mr. Mills has not filed an objection to the magistrate judge's R&R and his

time to do so has now expired. (ECF No. 3.)

**II.   ANALYSIS**

The magistrate judge found that Mr. Mills's complaint is deficient of the pleading standard set forth by Federal Rule of Civil Procedure 8(a)(2). (ECF No. 3.) *See* FED. R. CIV. PRO. 8(a)(2) (requiring that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief"); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 570 (2007). Mr. Mills's complaint, which contains only three sentences, is extremely vague and does not state what "100269/2023" is, does not explain who Ms. Bluth is, or what her involvement in the case is, or where Mr. Mills resides or why Nevada is the proper venue for this action. (ECF No. 1-1.) The Court is unable to discern whether it has jurisdiction or whether Mr. Mills states a *prima facie* claim for relief. The Court agrees with the magistrate judge's reasoning and adopts the R&R in full.

**III.   CONCLUSION**

IT IS THEREFORE ORDERED that Mr. Mills's application to proceed *in forma pauperis*, (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that the Clerk FILE the complaint, (ECF No. 1-1) but not issue summons at this time.

IT IS FURTHER ORDERED that the complaint be DISMISSED without prejudice and with leave to amend. Mr. Mills has until Friday, April 24, 2026, to file an amended complaint curing the deficiencies of his original complaint. Failure to file an amended complaint by that date will result in dismissal of this action.

DATED THIS 25th day of March 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE