# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

ANTHONY MILLS,

Plaintiff,

v.

ARLENE BLUTH,

Defendant.

Case No. 3:26-CV-00140-ART-CLB

**ORDER TO CHANGE ADDRESS AND STAY CASE**

On March 10, 2026, the Court issued a Report and Recommendation screening Plaintiff's complaint. (ECF No. 3.) The Court mailed this document to the address provided by Plaintiff. (ECF No. 1-1 at 2.) On March 27, 2026, this document was returned as undeliverable. (ECF No. 6.) Therefore, it appears Plaintiff is no longer at his listed address. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Plaintiff shall have until **Tuesday, May 26, 2026** to file a notice of change of address, or this Court will recommend that this action be dismissed.

The case is hereby **STAYED** in its entirety until Plaintiff files a notice of change of address.

**DATED**: March 27, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**